# Exhibit A

Int. Cls.: **9, 16, 18, 28, 35, 36, 38, 41 and 42**

Prior U.S. Cls.: **3, 22, 37, 38, 100, 101, 102, 104 and 107**

**United States Patent and Trademark Office**   Reg. No. **1,611,053**   Registered Aug. 28, 1990

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## TRAVELERS

TRAVELERS CORPORATION, THE (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 061831051

FOR: COMPUTER PROGRAMS RECORDED ON MAGNETIC MEDIA FOR USE IN THE INSURANCE, INVESTMENT AND FINANCIAL SERVICES INDUSTRIES, IN CLASS 9 (U.S. CL. 38).

FIRST USE 8-0-1980; IN COMMERCE 9-0-1980.

FOR: CALENDARS, PENS, CATALOGS, DECALS, AND NEWSLETTERS, BULLETINS, BOOKLETS AND MAGAZINES IN THE FIELDS OF INSURANCE, HEALTH CARE, AND FINANCIAL PLANNING, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0-0-1936; IN COMMERCE 0-0-1936.

FOR: UMBRELLAS, TOTE BAGS, LUGGAGE TAGS, WALLETS, BUSINESS CARD CASES, AND BRIEFCASE TYPE PORTFOLIOS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: GOLF BALLS, GOLF BALL MARKERS, GOLF CLUBS, AND TENNIS BALLS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

FOR: DIRECT MAIL MARKETING FOR INSURANCE AGENTS, RENDERING TECHNICAL AID AND ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF FINANCIAL CONSULTING AND BROKERAGE SERVICES, PROMOTING THE SALE OF GOODS AND/OR SERVICES OF OTHERS BY ADVERTISING CAMPAIGNS, COUNSELING IN REGARD TO COST MANAGEMENT, EMPLOYMENT COUNSELING SERVICES FOR RETIRED PERSONS, AND REHABILITATION SERVICES, NAMELY, COST CONTROL AND JOB PLACEMENT SERVICES, IN CLASS 35 (U.S. CL. 101).

FIRST USE 2-0-1978; IN COMMERCE 2-0-1978.

FOR: UNDERWRITING AND ADMINISTERING SERVICES FOR COMMERCIAL, PERSONAL AND GROUP INSURANCE, FIDELITY, SURETY AND GUARANTY BONDING SERVICES, MUTUAL AND MONEY MARKET FUND SERVICES, REAL ESTATE INVESTMENT SERVICES, FINANCIAL ANALYSIS AND INVESTMENT PLANNING AND MANAGEMENT SERVICES, VARIABLE ANNUITIES SERVICES, AND AGENCY AND BROKERAGE SERVICES IN CONNECTION WITH THE PRECEDING NAMES SERVICES, CREDIT CARD SERVICES, BILL PAYING SERVICES, LOAN BROKERAGE AND UNDERWRITING SERVICES, MORTGAGE BROKERAGE AND UNDERWRITING SERVICES, AND COUNSELING SERVICES IN REGARD TO INSURANCE CLAIM ADMINISTRATION, IN CLASS 36 (U.S. CL. 102).

FIRST USE 3-1-1865; IN COMMERCE 3-1-1865.

2                                                                1,611,053

FOR: ELECTRONIC MAIL SERVICES IN THE INSURANCE, INVESTMENT AND FINANCIAL SERVICES INDUSTRIES, IN CLASS 38 (U.S. CL. 104).

FIRST USE 8-0-1980; IN COMMERCE 9-0-1980.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, CONDUCTING SEMINARS FOR RETIRED PERSONS ON PHYSICAL FITNESS, SELF-CARE AWARENESS, HEALTH COST CONTROL, AND PROVIDING INFORMATION IN CONJUNCTION THEREWITH, ORGANIZING AND CONDUCTING ATHLETIC CONTESTS AND PHYSICAL ACTIVITY PROGRAMS, AND PROVIDING TRAINING PROGRAMS FOR INSURANCE AGENTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 4-0-1978; IN COMMERCE 4-0-1978.

FOR: CONSULTING SERVICES TO BUSINESSES IN THE FIELD OF ACCIDENT PREVENTION AND TO INSURANCE AGENTS IN THE FIELD OF COMPUTER UTILIZATION, PROVIDING ACCESS TO A COMPUTERIZED DATA BASE IN THE FIELD OF INSURANCE RATING INFORMATION, AND REHABILITATION SERVICES, NAMELY, ASSESSMENT OF DISABILITY AND RETURN TO WORK STATUS, REHABILITATION PLANNING, CAREER COUNSELING, AND MEDICAL CARE COORDINATION, IN CLASS 42 (U.S. CL. 100).

FIRST USE 11-0-1983; IN COMMERCE 11-0-1983.

OWNER OF U.S. REG. NOS. 539,104, 1,017,602, AND 1,468,834.

SER. NO. 73-737,109, FILED 6-29-1988.

R. M. FEELEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,161,313**

**Registered July 14, 1981**

**Renewal Term Begins July 14, 2011**

**10 Year Renewal/Amended**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: UNDERWRITING [ LIFE, ACCIDENT AND HEALTH, ] CASUALTY, FIRE, MARINE AND INLAND MARINE INSURANCE SERVICES; [ AND ] FIDELITY, SURETY AND GUARANTY BONDING SERVICES; [ MUTUAL FUNDS SERVICES, VARIABLE ANNUITIES SERVICES, ] AGENCY AND BROKERAGE SERVICES IN CONNECTION WITH THE PRECEDING NAMED SERVICES, AND COUNSELING IN REGARD TO ACCIDENT PREVENTION, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1961; IN COMMERCE 0-0-1961.

OWNER OF U.S. REG. NOS. 782,580, 807,053 AND 1,017,602.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF OF AN UPRIGHT, OPEN UMBRELLA WITH HANDLE TURNED TO THE LEFT.

SER. NO. 73-243,483, FILED 12-19-1979.



Director of the United States Patent and Trademark Office

Int. Cl.: 36
Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,417,048

United States Patent and Trademark Office

Registered Apr. 29, 2008

Amended

OG Date Nov. 24, 2009

## SERVICE MARK
## PRINCIPAL REGISTER



THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183
  OWNER OF U.S. REG. NO. 1,161,313.
  THE MARK CONSIST OF AN UPRIGHT, OPEN UMBRELLA WITH HANDLE TURNED TO LEFT.

  FOR: INSURANCE UNDERWRITING SERVICES [ FOR ALL TYPES OF INSURANCE, ] * IN THE FIELDS OF PROPERTY AND CASUALTY, FIRE, ALLIED LINES, FARMOWNERS MULTIPLE PERIL, HOMEOWNERS MULTIPLE PERIL, COMMERCIAL MULTIPLE PERIL, OCEAN MARINE, INLAND MARINE, EARTHQUAKE, WORKERS' COMPENSATION, OTHER LIABILITY, PRODUCT LIABILITY, PRIVATE PASSENGER AUTO LIABILITY, COMMERCIAL AUTO LIABILITY, AUTO PHYSICAL DAMAGE, FIDELITY, SURETY, BURGLARY AND THEFT, BOILER AND MACHINERY, LIFE AND REINSURANCE; * INSURANCE CLAIMS SERVICES AND ADMINISTRATION [, ] * ; * INSURANCE CLAIMS PROCESSING [, ] INSURANCE CLAIMS ADJUSTING [, ] * ; * INSURANCE AGENCY AND BROKERAGE * SERVICES * [, ] *, NAMELY, POLICYHOLDER SERVICES AND SERVICES TO AGENTS AND BROKERS; * PROVIDING INFORMATION IN INSURANCE MATTERS [, ]* ; * RISK MANAGEMENT AND RISK MANAGEMENT CONSULTATION, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
  FIRST USE 0-0-1961; IN COMMERCE 0-0-1961.

  SER. NO. 77-131,466, FILED 3-15-2007.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 24, 2009.*

Int. Cl.: 36
Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**
Amended

Reg. No. 3,417,049
Registered Apr. 29, 2008
OG Date Sep. 8, 2009

## SERVICE MARK
## PRINCIPAL REGISTER



THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06103
  OWNER OF U.S. REG. NO. 1,161,313.
  THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.
  THE MARK CONSISTS OF AN UPRIGHT, OPEN UMBRELLA WITH HANDLE TURNED TO THE LEFT.

  FOR: INSURANCE UNDERWRITING SERVICES [ FOR ALL TYPES OF INSURANCE, ] * IN THE FIELDS OF PROPERTY AND CASUALTY, FIRE, ALLIED LINES, FARMOWNERS MULTIPLE PERIL, HOMEOWNERS MULTIPLE PERIL, COMMERCIAL MULTIPLE PERIL, OCEAN MARINE, INLAND MARINE, EARTHQUAKE, WORKERS' COMPENSATION, OTHER LIABILITY, PRODUCT LIABILITY, PRIVATE PASSENGER AUTO LIABILITY, COMMERCIAL AUTO LIABILITY, AUTO PHYSICAL DAMAGE, FIDELITY, SURETY, BURGLARY AND THEFT, BOILER AND MACHINERY, LIFE AND REINSURANCE; * INSURANCE CLAIMS SERVICES AND ADMINISTRATION [, ] * ; * INSURANCE CLAIMS PROCESSING [, ] * ; * INSURANCE CLAIMS ADJUSTING [, ] * ; * INSURANCE AGENCY AND BROKERAGE * SERVICES, NAMELY, POLICYHOLDER SERVICES AND SERVICES TO AGENTS AND BROKERS; * [, ] PROVIDING INFORMATION IN INSURANCE MATTERS[, ] * ; 8 RISK MANAGEMENT AND RISK MANAGEMENT CONSULTATION, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
  FIRST USE 0-0-1961; IN COMMERCE 0-0-1961.
  SER. NO. 77-131,469, FILED 3-15-2007.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 8, 2009.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cls.: 35, 36, 41 and 42

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**
Amended

Reg. No. 3,494,647
Registered Sep. 2, 2008
OG Date Sep. 8, 2009

## SERVICE MARK
## PRINCIPAL REGISTER



THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183
    OWNER OF U.S. REG. NOS. 1,161,313, 1,611,053 AND 2,438,690.
    THE MARK CONSISTS OF THE WORD "TRAVELERS" WITH AN UMBRELLA AT THE END OF THE WORD.

    FOR: PROMOTING THE SALE OF GOODS AND/OR SERVICES OF OTHERS THROUGH THE DEVELOPMENT AND DISTRIBUTION OF PRINTED MATERIAL; DIRECT MAIL MARKETING SERVICES FOR OTHERS IN THE FIELD OF INSURANCE; BUSINESS COUNSELING IN REGARD TO COST MANAGEMENT; EMPLOYMENT REHABILITATION SERVICES, NAMELY, MEDICAL COST CONTROL MANAGEMENT, BUSINESS CONSULTATION IN THE FIELD OF WORKERS' COMPENSATION, EMPLOYEE BENEFITS AND EMPLOYMENT RETURN-TO-WORK PLACEMENT SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
    FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

    FOR: [ INSURANCE AND FINANCIAL SERVICES, NAMELY, ] INSURANCE UNDERWRITING SERVICES [ FOR ALL TYPES OF INSURANCE, ] * IN THE FIELDS OF PROPERTY AND CASUALTY, FIRE, ALLIED LINES, FARMOWNERS MULTIPLE PERIL, HOMEOWNERS MULTIPLE PERIL, COMMERCIAL MULTIPLE PERIL, OCEAN MARINE, INLAND MARINE, EARTHQUAKE, WORKERS' COMPENSATION, OTHER LIABILITY, PRODUCT LIABILITY, PRIVATE PASSENGER AUTO LIABILITY, COMMERCIAL AUTO LIABILITY, AUTO PHYSICAL DAMAGE, FIDELITY, SURETY, BURGLARY AND THEFT, BOILER AND MACHINERY, AND REINSURANCE; *VCLAIMS ADJUSTMENT IN THE FIELD OF INSURANCE [, ] * ; * INSURANCE CLAIMS PROCESSING AND ADMINISTRATION; RISK CONTROL AND LOSS PREVENTION CONSULTATION; RISK CONTROL AND LOSS PREVENTION SERVICES, NAMELY, RISK MANAGEMENT; ELECTRONIC PROCESSING OF INSURANCE CLAIMS AND PAYMENT DATA; INSURANCE AGENCY AND BROKERAGE SERVICES *, NAMELY, POLICYHOLDER SERVICES AND SERVICES TO AGENTS AND BROKERS * ; PROVIDING INFORMATION IN INSURANCE MATTERS; AND MEDI-

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 8, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

CAL CARE COORDINATION, NAMELY, ASSISTING EMPLOYERS AND PROVIDERS IN PROCESSING MEDICAL CLAIM FORMS AND PAYMENT OF MEDICAL CLAIMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING TRAINING PROGRAMS IN THE FIELD OF INSURANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

FOR: PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE IN THE FIELD OF INSURANCE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

SER. NO. 77-146,213, FILED 4-2-2007.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 8, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: **35, 36, 41 and 42**

Prior U.S. Cls.: **100, 101, 102 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,494,648**
Registered **Sep. 2, 2008**

## SERVICE MARK
### PRINCIPAL REGISTER



THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: PROMOTING THE SALE OF GOODS AND/OR SERVICES OF OTHERS THROUGH THE DEVELOPMENT AND DISTRIBUTION OF PRINTED MATERIAL; DIRECT MAIL MARKETING SERVICES FOR OTHERS IN THE FIELD OF INSURANCE; BUSINESS COUNSELING IN REGARD TO COST MANAGEMENT; EMPLOYMENT REHABILITATION SERVICES, NAMELY, MEDICAL COST CONTROL MANAGEMENT, BUSINESS CONSULTATION IN THE FIELD OF WORKERS' COMPENSATION, EMPLOYEE BENEFITS AND EMPLOYMENT RETURN-TO-WORK PLACEMENT SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

FOR: INSURANCE AND FINANCIAL SERVICES, NAMELY, INSURANCE UNDERWRITING SERVICES FOR ALL TYPES OF INSURANCE, CLAIMS ADJUSTMENT IN THE FIELD OF INSURANCE, INSURANCE CLAIMS PROCESSING AND ADMINISTRATION, RISK CONTROL AND LOSS PREVENTION CONSULTATION; RISK CONTROL AND LOSS PREVENTION SERVICES, NAMELY, RISK MANAGEMENT; ELECTRONIC PROCESSING OF INSURANCE CLAIMS AND PAYMENT DATA; INSURANCE AGENCY AND BROKERAGE SERVICES; PROVIDING INFORMATION IN INSURANCE MATTERS; AND MEDICAL CARE COORDINATION, NAMELY, ASSISTING EMPLOYERS AND PROVIDERS IN PROCESSING MEDICAL CLAIM FORMS AND PAYMENT OF MEDICAL CLAIMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING TRAINING PROGRAMS IN THE FIELD OF INSURANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

FOR: PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE IN THE FIELD OF INSURANCE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

OWNER OF U.S. REG. NOS. 1,161,313, 1,611,053, AND 2,438,690.

THE COLOR(S) BLACK AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "TRAVELERS" IN BLACK WITH A RED UMBRELLA AT THE END OF THE WORD.

SER. NO. 77-146,226, FILED 4-2-2007.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

**TRAVELERS**

| | |
|---|---|
| **Reg. No. 3,991,520** | THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION) |
| **Registered July 12, 2011** | ONE TOWER SQUARE<br>HARTFORD, CT 06183 |
| **Int. Cl.: 36** | FOR: INSURANCE UNDERWRITING SERVICES IN THE FIELDS OF PROPERTY AND CASUALTY, COMMERCIAL LINES, FARM, AUTO COMMERCIAL, BOILER AND MACHINERY, COMMERCIAL MULTI PERIL, LIABILITY, INLAND MARINE, FIDELITY, SURETY, CRIME, WORKERS COMPENSATION, PROPERTY, IDENTITY FRAUD REIMBURSEMENT, KIDNAP AND RANSOM, EXCESS AND SURPLUS, PERSONAL LINES, PERSONAL AUTO, HOMEOWNERS, HIGH VALUED HOMEOWNERS, DWELLING FIRE, BOAT/YACHT, PERSONAL ARTICLES FLOATER, WEDDING INSURANCE, AND REINSURANCE; INSURANCE CLAIMS ADMINISTRATION; INSURANCE CLAIMS PROCESSING; INSURANCE CLAIMS ADJUSTING; INSURANCE AGENCY SERVICES; PROVIDING INFORMATION IN THE FIELD OF INSURANCE; PROVIDING A WEBSITE WITH INFORMATION AND RESOURCES IN THE FIELD OF INSURANCE; AND INSURANCE AND INSURANCE-RELATED SERVICES IN THE NATURE OF LOSS PREVENTION AND RISK CONTROL MANAGEMENT FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

OWNER OF U.S. REG. NOS. 1,611,053, 3,494,647, AND 3,494,648.

THE MARK CONSISTS OF THE WORD "TRAVELERS" WITH AN UMBRELLA AT THE END OF THE WORD.

SER. NO. 77-774,757, FILED 7-6-2009.

GISELLE AGOSTO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

**TRAVELERS**

**Reg. No. 3,991,521**  
**Registered July 12, 2011**  
**Int. Cl.: 36**  

**SERVICE MARK**  

**PRINCIPAL REGISTER**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)  
ONE TOWER SQUARE  
HARTFORD, CT 06183

FOR: INSURANCE UNDERWRITING SERVICES IN THE FIELDS OF PROPERTY AND CASUALTY, COMMERCIAL LINES, FARM, AUTO COMMERCIAL, BOILER AND MACHINERY, COMMERCIAL MULTI PERIL, LIABILITY, INLAND MARINE, FIDELITY, SURETY, CRIME, WORKERS COMPENSATION, PROPERTY, IDENTITY FRAUD REIMBURSEMENT, KIDNAP AND RANSOM, EXCESS AND SURPLUS, PERSONAL LINES, PERSONAL AUTO, HOMEOWNERS, HIGH VALUED HOMEOWNERS, DWELLING FIRE, BOAT/YACHT, PERSONAL ARTICLES FLOATER, WEDDING INSURANCE, AND REINSURANCE; INSURANCE CLAIMS ADMINISTRATION; INSURANCE CLAIMS PROCESSING; INSURANCE CLAIMS ADJUSTING; INSURANCE AGENCY SERVICES; PROVIDING INFORMATION IN THE FIELD OF INSURANCE; PROVIDING A WEBSITE WITH INFORMATION AND RESOURCES IN THE FIELD OF INSURANCE; AND INSURANCE AND INSURANCE-RELATED SERVICES IN THE NATURE OF LOSS PREVENTION AND RISK CONTROL MANAGEMENT FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-27-2007; IN COMMERCE 2-27-2007.

OWNER OF U.S. REG. NOS. 1,611,053, 3,494,647, AND 3,494,648.

THE COLOR(S) BLACK AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "TRAVELERS" IN BLACK WITH A RED UMBRELLA AT THE END OF THE WORD.

SER. NO. 77-774,762, FILED 7-6-2009.

GISELLE AGOSTO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,085,572**
**Registered Jan. 17, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: INSURANCE UNDERWRITING SERVICES IN THE FIELDS OF PROPERTY AND CASUALTY, COMMERCIAL LINES, FARM, AUTO COMMERCIAL, BOILER AND MACHINERY, COMMERCIAL MULTI PERIL, LIABILITY, INLAND MARINE, FIDELITY, SURETY, CRIME, WORKERS COMPENSATION, PROPERTY, PERSONAL LINES, PERSONAL AUTO, HOMEOWNERS, BOAT/YACHT, DWELLING FIRE, IDENTITY FRAUD REIMBURSEMENT, KIDNAP AND RANSOM, EXCESS AND SURPLUS, HIGH VALUED HOMEOWNERS, PERSONAL ARTICLES FLOATER, WEDDING INSURANCE, AND REINSURANCE ; INSURANCE CLAIMS ADMINISTRATION; INSURANCE CLAIMS PROCESSING; INSURANCE CLAIMS ADJUSTING; INSURANCE AGENCY SERVICES; PROVIDING INFORMATION IN THE FIELD OF INSURANCE; PROVIDING A WEBSITE WITH INFORMATION AND RESOURCES IN THE FIELD OF INSURANCE; AND INSURANCE AND INSURANCE-RELATED SERVICES IN THE NATURE OF LOSS PREVENTION AND RISK CONTROL MANAGEMENT FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1961; IN COMMERCE 12-31-1961.

OWNER OF U.S. REG. NOS. 1,161,313, 3,417,049 AND OTHERS.



THE MARK CONSISTS OF AN UPRIGHT, OPEN UMBRELLA WITH HANDLE TURNED TO LEFT.

SER. NO. 77-774,772, FILED 7-6-2009.

GISELLE AGOSTO, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,085,573**
**Registered Jan. 17, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: INSURANCE UNDERWRITING SERVICES IN THE FIELDS OF PROPERTY AND CASUALTY, COMMERCIAL LINES, FARM, AUTO COMMERCIAL, BOILER AND MACHINERY, COMMERCIAL MULTI PERIL, LIABILITY, INLAND MARINE, FIDELITY, SURETY, CRIME, WORKERS COMPENSATION, PROPERTY, PERSONAL LINES, PERSONAL AUTO, HOMEOWNERS, BOAT/YACHT, DWELLING FIRE, IDENTITY FRAUD REIMBURSEMENT, KIDNAP AND RANSOM, EXCESS AND SURPLUS, HIGH VALUED HOMEOWNERS, PERSONAL ARTICLES FLOATER, WEDDING INSURANCE, AND REINSURANCE ; INSURANCE CLAIMS ADMINISTRATION; INSURANCE CLAIMS PROCESSING; INSURANCE CLAIMS ADJUSTING; INSURANCE AGENCY SERVICES; PROVIDING INFORMATION IN THE FIELD OF INSURANCE; PROVIDING A WEBSITE WITH INFORMATION AND RESOURCES IN THE FIELD OF INSURANCE; AND INSURANCE AND INSURANCE-RELATED SERVICES IN THE NATURE OF LOSS PREVENTION AND RISK CONTROL MANAGEMENT FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1961; IN COMMERCE 12-31-1961.

OWNER OF U.S. REG. NOS. 1,161,313, 3,417,049 AND OTHERS.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN UPRIGHT, OPEN RED UMBRELLA WITH HANDLE TURNED TO LEFT.

SER. NO. 77-774,777, FILED 7-6-2009.

GISELLE AGOSTO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**United States of America**
*United States Patent and Trademark Office*



**Reg. No. 4,554,402**
**Registered June 24, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION PROVIDING USERS WITH THE ABILITY TO COLLECT, VIEW, MANAGE, STORE, AND TRANSMIT AUTO ACCIDENT INFORMATION INCLUDING VOICE RECORDINGS AND IMAGES, GENERATE AND TRANSMIT ACCIDENT REPORTS, OBTAIN AUTO ACCIDENT GUIDANCE, USE MAPPING FEATURES TO LOCATE AND CONTACT VEHICLE AND TRAVEL RELATED SERVICES, AND PROVIDING POLICYHOLDERS WITH THE ABILITY TO FILE AUTOMOBILE INSURANCE CLAIMS, FIND AGENTS, AND FIND AUTOMOBILE REPAIR SHOPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-21-2010; IN COMMERCE 2-21-2010.

OWNER OF U.S. REG. NOS. 1,161,313, 3,417,049 AND OTHERS.

THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN UPRIGHT, OPEN, RED UMBRELLA WITH HANDLE TURNED TO THE LEFT AGAINST A BLUE BACKGROUND.

SER. NO. 85-904,519, FILED 4-15-2013.

LESLIE RICHARDS, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,554,401**
**Registered June 24, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION PROVIDING USERS WITH THE ABILITY TO COLLECT, VIEW, MANAGE, STORE, AND TRANSMIT AUTO ACCIDENT INFORMATION INCLUDING VOICE RECORDINGS AND IMAGES, GENERATE AND TRANSMIT ACCIDENT REPORTS, OBTAIN AUTO ACCIDENT GUIDANCE, USE MAPPING FEATURES TO LOCATE AND CONTACT VEHICLE AND TRAVEL RELATED SERVICES, AND PROVIDING POLICYHOLDERS WITH THE ABILITY TO FILE AUTOMOBILE INSURANCE CLAIMS, FIND AGENTS, AND FIND AUTOMOBILE REPAIR SHOPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-21-2010; IN COMMERCE 2-21-2010.

OWNER OF U.S. REG. NOS. 1,161,313, 3,417,049 AND OTHERS.

THE MARK CONSISTS OF AN UPRIGHT, OPEN, UMBRELLA WITH HANDLE TURNED TO THE LEFT.

SER. NO. 85-904,512, FILED 4-15-2013.

LESLIE RICHARDS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

United States of America
United States Patent and Trademark Office



**Reg. No. 4,566,720**
**Registered July 15, 2014**
**Int. Cls.: 5, 9, 11, 16, 20, 22 and 24**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
**Deputy Director of the United States Patent and Trademark Office**

THE TRAVELERS INDEMNITY COMPANY (CONNECTICUT CORPORATION)
ONE TOWER SQUARE
HARTFORD, CT 06183

FOR: SANITIZING PREPARATIONS, NAMELY, HAND SANITIZERS , IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 11-22-2010; IN COMMERCE 11-22-2010.

FOR: MOUSE PADS; AND PROTECTIVE CASES AND STANDS FOR ELECTRONIC DEVICES, NAMELY, TABLETS, MP3 PLAYERS, AND CELL PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-22-2009; IN COMMERCE 1-22-2009.

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11-13-2012; IN COMMERCE 11-13-2012.

FOR: LUNCH BAGS MADE OF TEXTILE; NOTE PADS; PADFOLIOS; PENS; PENCILS; AND NOTEBOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-29-2007; IN COMMERCE 3-29-2007.

FOR: PICTURE AND PHOTOGRAPH FRAMES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-21-2012; IN COMMERCE 9-21-2012.

FOR: LANYARDS FOR HOLDING BADGES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 8-8-2007; IN COMMERCE 8-8-2007.

FOR: TEXTILE TABLECLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-27-2010; IN COMMERCE 2-27-2010.

**Reg. No. 4,566,720**   OWNER OF U.S. REG. NOS. 3,494,647, 3,991,520 AND OTHERS.

THE MARK CONSISTS OF THE WORD "TRAVELERS" WITH AN UMBRELLA AT THE END OF THE WORD.

SER. NO. 85-980,948, FILED 5-15-2013.

LESLIE RICHARDS, EXAMINING ATTORNEY