# Exhibit B

**From:** Steven Leader [mailto:steve@stevenleader.com]
**Sent:** Wednesday, March 28, 2018 11:30 AM
**To:** ███████████████
**Subject:** TRAVELERS Corkscrews - Personalized! - Just $6 Each

# 70% OFF
## Travelers Corkscrews
### *The Perfect Client Gift!*
## Only $6.00 Each!
## (Regular Price $19.95)



Thank You to everyone who ordered the Travelers Executive Pens. They were a real hit!

We just completed inventory and have a few boxes of these great Travelers stainless steel

1

corkscrews.

Each Corkscrew Laser Engraved With Travelers Logo. Your company Logo Can Be Engraved instead.

Regular price is $19.95.
We are clearing them out for just

# $6.00 each

### 3 Lines of Laser Engraving Included!

*"Cheers!"* or *"Compliments of"*

**Your Name**
**Your Phone Number**
**Travelers Logo or**
**DBA Name**

**Call now and we will include Gift Boxes for each corkscrew**
**1-855-898-5729**

### 100 Per Box
### Minimum Order
### Half Box of 50

### Only 500 Corkscrews in Stock!

***P.S.:*** Corkscrews are solid stainless steel so they will last a lifetime. A handy knife folds out to cut the wrapping from the wine bottle. I also use mine as a letter opener or to open boxes with! For beer or soda drinkers, there is a bottle opener as well. Corkscrews are laser engraved so your greeting will never rub out. These make for a great year-round client gift or for the holidays. You can give them with or without

2

a bottle of wine. Definitely an item your clients will have for many years!

## Your Clients Will Love Them!

*"Just had to say thanks. I was amazed! By far, the best customer service I have experienced! Loving the corkscrews. I give one with a bottle of wine to each of my clients"*
— Jessie B., Travelers

## As Always…

You pay nothing now.
You can pay with a regular check when delivered to your home or office.
Credit cards also accepted.
There is just a small shipping charge for UPS delivery.

## Call Now to Order
## 1-855-898-5729

## 100 corkscrews per box.
## Minimum order is 50.

Thanks,
Steven Leader
Dynamic Marketing

941 E. Lovejoy St.
Buffalo, NY
14206

## The Perfect Client Gift!

If you do not wish to receive emails from me in the future please respond with "opt out".

3