# Exhibit C

**From:** Steven Leader <steve@domcorporation.info>
**Sent:** Monday, August 26, 2019 6:33 PM
**To:**
**Subject:** Travelers Personalized Executive Pens

# Travelers
## Personalized
## Mont Blanc Style Pens

1



Thank You to everyone
who ordered the Travelers
corkscrews from the last promo.
They were a hit.

Now impress your clients
with the Travelers
Executive Pens.

Engraving included with your
name and number

**<u>DBA logos or Company Name
can be engraved instead of
Travelers logo</u>**

Solid brass and richly appointed
in 24K gold plated accents, each
pen reflects your style and class.

These smooth writing pens
come in their own velvet
presentation sleeve, complete
with replaceable metal ink
cartridge.

2

Regular $16.95 each.
Today's promotion is
$6.00 each

To Reserve:
1-855-898-5729

100 per box.
Minimum
half box of 50

750 Pens Available

Your Clients Will Love Them

*"Best pen I have ever used.
Writes very smooth. I especially
like the weight and feel to them.
My clients often comment
how nice they are"
- Wayne C., Travelers*

1-855-898-5729

Thanks,
Steven Leader
Dynamic

941 E. Lovejoy St., Buffalo, NY

There is just a small UPS shipping .
This promotion includes engraving
set-up charges ($50 value).

The Perfect Client Gift

If you do not wish to receive promotions from me respond with opt out

---