# Exhibit D

## **AGREEMENT**

This Agreement (the "Agreement") is between The Travelers Indemnity Company, a Connecticut corporation having a place of business at One Tower Square, Hartford, Connecticut 06183 ("Travelers"), and Dynamic Online Marketing, d/b/a Dynamic Marketing, d/b/a Dynamic located at 941 E. Lovejoy Street Buffalo, NY 14206 (collectively, "Dynamic") (each referred to as a "Party" and collectively as the "Parties").

WHEREAS, Travelers uses and has used for many years the trade name and trademark TRAVELERS and the federally registered trademarks shown below and variations thereof (collectively, the "Travelers Marks") for a wide variety of products and services;



WHEREAS, Dynamic is a promotional marketing products company that promotes, offers for sale, and sells a variety of custom-printed products and "giveaways" for promotional and other uses by third parties;

WHEREAS, Dynamic has applied one or more of the Travelers Marks to products of various types including, but not limited to, pens and corkscrews as shown in the example below (collectively, the "Infringing Products") and has promoted, offered for sale, and sold to others such Infringing Products including, but not limited to, Travelers employees, insurance agents, and insurance brokers;



WHEREAS, Dynamic has also used one or more of the Travelers Marks in its promotion,

1

advertising, and marketing materials offering to sell the Infringing Products;

WHEREAS, between April and June 2018, Travelers objected to Dynamic's use of the Travelers Marks on Infringing Products and in promotional, advertising, and marketing materials for the Infringing Products as shown in the attached **Exhibit A**;

WHEREAS, on June 11, 2018, in response to Travelers' objections, Dynamic represented in writing (attached as **Exhibit B**) that it would cease all use of the Travelers Marks, including specifically stating that:

> "Dynamic Marketing has stopped using and will not in the future use any of Travelers' trademarks including, but not limited to, selling, offering to sell, promoting, and advertising any products bearing any of Travelers' trademarks to any person or business (including, but not limited to, Travelers' employees and Travelers' insurance agents and brokers)."

WHEREAS, Travelers recently discovered that Dynamic has not ceased using the Travelers Marks and Travelers objected on October 4, 2019, to Dynamic's marketing, promoting, advertising, distributing, printing, shipping, offering for sale, and sale of the Infringing Products, including the product shown above;

WHEREAS, the Parties have agreed to resolve this dispute on the terms set forth below;

NOW THEREFORE, in consideration of the mutual covenants and undertakings set forth below and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the Parties agree as follows:

1.  Dynamic represents and warrants as of the Effective Date that:

    a.  There are no Infringing Products that are currently advertised, promoted, offered for sale, and/or sold in any medium by or on behalf of Dynamic (e.g., any of Dynamic's websites, third-party websites, social media, emails);

    b.  Dynamic has permanently ceased all use of the Travelers Marks on or in connection with any products or services and associated advertising, marketing, and promotional materials; and

    c.  Dynamic will notify each manufacturer, supplier, and other source of the Infringing Products to cease the manufacture, supply, or production of any Infringing Products.

2.  Dynamic will permanently cease all use of the Travelers Marks including, but not limited to, selling, offering to sell, promoting, and advertising the Infringing Products and any other products and materials bearing any of the Travelers Marks. Dynamic will also destroy all materials bearing one or more of the Travelers Marks that are used to apply the Travelers Marks to the Infringing Products including, but not limited to, screens, decals, and molds.

2

3.      Within three (3) days of the Effective Date, Dynamic will destroy all remaining Infringing Products and all other products and materials bearing or displaying the Travelers Marks. Dynamic will certify in writing to Travelers immediately after such destruction that it has complied with this Paragraph 3.

4.      If Dynamic breaches Paragraphs 2 or 3 of this Agreement in any manner, in addition to any monetary, equitable, or other relief awarded by a court or other tribunal to Travelers, Dynamic will pay to Travelers liquidated damages in the amount of $5,000 for each such breach as well as Travelers' costs and attorneys' fees incurred in addressing each such breach.

5.      This Agreement and its terms are confidential and will not be disclosed by the Parties to any third party except: (a) in connection with legal proceedings (including oppositions, cancellations, and civil litigation), provided that any such disclosure is subject to a confidentiality agreement and/or protective order; (b) by Travelers for purposes of trademark enforcement; (c) as required by law; (d) to the Parties' legal and tax advisors on a confidential basis as necessary; or (e) as agreed to in writing by both Parties.

6.      This Agreement constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof, and all prior agreements, negotiations, and understandings with respect to the subject matter hereof are canceled and superseded by this Agreement. This Agreement shall not be varied in its terms by oral agreement, representation, or otherwise, and may only be varied by an instrument in writing signed by both Parties after the Effective Date. This Agreement is executed voluntarily and without any duress or undue influence on the Parties or their employees, agents, or attorneys and neither Party is relying on any inducements, promises, statements, or representations made by the other Party or any of its employees, agents, or attorneys other than as expressly set forth in this Agreement. The Parties reserve all rights as to all matters not expressly addressed in this Agreement. The Parties acknowledge that they have been represented in the negotiations for and in the preparation of this Agreement by counsel, that they have had this Agreement fully explained to them by counsel, that they are aware of the contents of this Agreement and of its legal effect and as such, none of its provisions shall be construed against either Party

7.      The provisions of this Agreement, and any action arising from or relating to this Agreement, shall be governed by and interpreted under the laws of the State of Connecticut without regard to conflict of law principles. The Parties agree that the exclusive venue for litigation of any disputes under or relating to this Agreement is a state or federal court of competent jurisdiction in the state of Connecticut, and the Parties consent to personal and subject matter jurisdiction in such venue.

8.      This Agreement is effective worldwide and is binding upon and inures to the benefit of the Parties and their respective officers, directors, employees, parents, affiliates, subsidiaries, divisions, related companies, successors, transferees, and assigns. None of the provisions of this Agreement may be waived or modified except by a writing signed by all Parties. Failure of any Party to require the performance of any term in this Agreement, or the waiver by any Party of any breach thereof, will not prevent later enforcement of such term nor be

3

deemed a waiver of any later breach.

9.    No Party shall directly or indirectly aid or assist any third party from taking any action that such Party is prohibited from taking under this Agreement.

10.   All notices, requests, demands and other communications for or contemplated under this Agreement will be in writing and will be deemed to have been duly given when delivered personally, by a letter mailed by certified mail, return receipt requested, or by a recognized overnight courier to the Parties, their successors, or assigns at the following addresses, or at such other addresses as the Parties may designate as provided herein:

If to Travelers :

If to Dynamic:

Robin R. Fuller
Senior Counsel
Travelers
385 Washington Street, MC
9275-LC12L
St. Paul, MN 55102

Steven Leader
941 E. Lovejoy Street
Buffalo, NY 14206
steve@stevenleader.com
steve@domcorporation.info

11.   In the event that any portion of this Agreement is declared invalid or unenforceable for any reason, such portion is deemed severable herefrom, and the remainder of this Agreement will be deemed and remain fully valid and enforceable unless such invalidity or unenforceability tends to substantially deprive any Party of the benefits to be provided to it by this Agreement, in which case, that deprived Party will have the option of keeping this Agreement in effect or terminating it.

12.   Each of the Parties represents that the person executing this Agreement on its behalf has full authority to execute this Agreement and to bind it as a Party to this Agreement. This Agreement may be executed in counterparts and it is enforceable upon the exchange of facsimile or electronically scanned signatures. This Agreement is effective on the date of the last signature below (the "Effective Date").

THE TRAVELERS INDEMNITY
COMPANY

By:

Name: Christine Kella

Title: EVP

Date: 12/7/19

DYNAMIC ONLINE MARKETING

By: Steven Leader

Name: Steven Leader

Title: Sales Rep

Date: Dec. 4, 2019

4

# EXHIBIT A



David M. Kelly
(202) 808-3571
david.kelly@kelly-ip.com

www.kelly-ip.com

May 2, 2018

**VIA EMAIL AND FIRST CLASS MAIL**

Steven Leader
Dynamic Marketing
941 E. Lovejoy Street
Buffalo, NY 14206
steve@stevenleader.com
ballen@domc.net
boballenis@rogers.com

### Re: Unauthorized Use of Travelers' Trademarks

Dear Mr. Leader:

We are trademark litigation counsel for The Travelers Indemnity Company ("Travelers"). Travelers turned this matter over to us for further handling after receiving no response from you to Travelers' March 28, 2018 letter and follow-up emails of April 10, 2018 and April 18, 2018, copies of which are attached as Exhibit A.

As you know from Travelers' prior letters, Travelers learned that Dynamic Marketing ("DM") has been offering for sale and selling to Travelers' agents and others products bearing the TRAVELERS trademark and trade name, umbrella logo ( ☂ ), and composite **TRAVELERS☂** trademark (collectively, the "Travelers Marks"), examples of which are shown below.



Steven Leader
Dynamic Marketing
Page 2



DM is also using the TRAVELERS trademark and trade name in its promotional emails for these products, including prominently in the email's subject line, as shown below and in the attached March 28, 2018 letter from Travelers.

From: Steven Leader [mailto:steve@stevenleader.com]
Sent: Wednesday, March 28, 2018 11:30 AM
To:
Subject: TRAVELERS Corkscrews - Personalized! - Just $6 Each

# 70% OFF
## Travelers
## Corkscrews
## *The Perfect Client Gift!*
## Only $6.00 Each!
## (Regular Price $19.95)

DM's promotional emails also contain testimonials from purported Travelers employees, as shown below.

## Your Clients Will Love Them!
*"Just had to say thanks. I was amazed!*
*By far, the best customer service I have*
*experienced! Loving the corkscrews.*
*I give one with a bottle of wine to each*
*of my clients"*
— Jessie B., Travelers

Steven Leader
Dynamic Marketing
Page 3

As you know, Travelers has used the Travelers Marks in connection with a wide range of insurance products and services and related products and services for decades. Travelers owns numerous federal trademark registrations for its Travelers Marks (a list of registrations is attached as Exhibit B). In addition, Travelers has for many years sold and/or distributed a wide range of merchandise under the Travelers Marks, including pens, wine sets, drinkware, and a variety of products as shown in the examples below from Travelers' online store. (See www.TravelersOnlineStore.com).



Travelers has enjoyed significant commercial success under its Travelers Marks, including revenues exceeding $125 billion in the past five years alone. And Travelers spends tens of millions of dollars annually promoting and advertising its products and services under the Travelers Marks. As a result of their long use and extensive promotion and widespread publicity and media attention, the Travelers Marks have long been famous and are entitled to a broad scope of protection.

Use of the Travelers Marks is reserved exclusively for Travelers and those authorized by Travelers. DM is not authorized by Travelers to use the Travelers Marks and thus it may not display the Travelers Marks on any products, promotional materials, including emails, or anywhere else. DM's unauthorized use of the Travelers Marks is likely to cause consumers to mistakenly believe that (1) DM is a part of Travelers or an authorized vendor or distributor of Travelers-branded products, (2) Travelers sponsors,

Steven Leader
Dynamic Marketing
Page 4

endorses, or approves of DM or DM's products and services, and/or (3) DM is otherwise affiliated with or connected with Travelers or Travelers' products and services. Moreover, DM's use of testimonials by purported Travelers employees increases the likelihood that consumers will mistakenly assume a relationship exists between Travelers and DM.

DM's unauthorized use of the Travelers Marks as described above constitutes trademark infringement, trademark counterfeiting, trademark dilution, false advertising, and/or unfair competition under federal and state law. Moreover, DM's continued use of the Travelers Marks after receiving Travelers' objections makes DM's infringement willful and deliberate.

Accordingly, Travelers demands that DM provide written confirmation by no later than **May 9, 2018** that DM will comply with all of the demands set forth below.

1. **Immediately** and permanently cease all unauthorized use of the Travelers Marks including, but not limited to, selling, offering to sell, promoting, and advertising any products bearing any of the Travelers Marks;

2. **Immediately** provide Travelers with a complete accounting of all products bearing any of the Travelers Marks sold and/or distributed by DM (including revenues and profits) to determine an appropriate payment to compensate Travelers;

3. **Immediately** provide Travelers with a complete list of all persons (individuals and entities) to whom DM has sold any products bearing any of the Travelers Marks;

4. **Immediately** provide Travelers with an inventory report of all products bearing any of the Travelers Marks that are still in DM's possession or control;

5. **Immediately** either (a) destroy all products, promotional materials, websites, signs, and advertising bearing any of the Travelers Marks that are in DM's possession or control (both finished goods and works in progress) and confirm such destruction in writing to Travelers; or (b) permanently remove the Travelers Marks from all products, promotional materials, websites, signs, and advertising in which any of the Travelers Marks appear and confirm such removal in writing; **and**

6. **Immediately** provide Travelers with a complete list of all purported Travelers employees who provided any of the testimonials DM has used in its promotional materials for products bearing any of the Travelers Marks.

We look forward to hearing from DM by the above deadline and to resolving this obvious infringement amicably and expeditiously. This letter is not a complete statement

Steven Leader
Dynamic Marketing
Page 5

of Travelers' rights in connection with this matter, and nothing in this letter constitutes
an express or implied waiver of any rights, remedies, or defenses, all of which are
expressly reserved.

Sincerely,

David M. Kelly

cc:   Travelers

# EXHIBIT A

**Jason Joyal**

**From:** "Bucci,Michael"
**Sent:** Wednesday, April 18, 2018 10:08 AM
**To:** steve@stevenleader.com
**Cc:** boballenis@rogers.com; ballen@domc.net
**Subject:** FW: Infringement of Travelers' Trademarks

Dear Mr. Leader:

Since you have failed to responded to our letter, we are referring this matter to our outside counsel. If you would like to resolve this matter, please contact me immediately.

Regards,
Mike

**From:** "Bucci,Michael"
**Sent:** Tuesday, April 10, 2018 11:59 AM
**To:** steve@stevenleader.com
**Cc:** boballenis@rogers.com
**Subject:** FW: Infringement of Travelers' Trademarks

Dear Mr. Leader:

Please respond to the attached letter by Monday, April 16, 2018. If we do not hear from you by then, we will refer this matter to our outside counsel for handling.

I am copying the email listed on your domain's WhoIs page as well.

Regards,
Mike

**Michael A. Bucci | Chief Intellectual Property Counsel | Corporate Legal**
Travelers
One Tower Square | 8MS
Hartford, CT 06183
W: 860.277.9200  F: 860.277.6868



**From:** Bucci,Michael [mailto:MBUCCI2@travelers.com]
**Sent:** Wednesday, March 28, 2018 6:21 PM

1

**To:** steve@stevenleader.com
**Subject:** Infringement of Travelers' Trademarks

Dear Mr. Leader:

   Please see the attached letter.

**Michael A. Bucci | Chief Intellectual Property Counsel | Corporate Legal**
Travelers
One Tower Square | 8MS
Hartford, CT 06183
W: 860.277.9200  F: 860.277.6868



---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.



Michael A. Bucci
*Chief Intellectual Property Counsel*
Corporate Legal Services, 8MS
One Tower Square, 8MS
Hartford, CT 06183
860-277-9200
mbucci2@travelers.com

March 28, 2018

**VIA E-MAIL**

Steven Leader
Dynamic Marketing
941 E. Lovejoy St.
Buffalo, NY 14206
steve@stevenleader.com

Re:  Infringement of Travelers' Trademarks

Dear Mr. Leader:

Travelers has learned that Dynamic Marketing ("DM") has sent e-mail solicitations to Travelers agents advertising and offering to sell Travelers-branded products, and that DM has actually sold such products to agents and/or others.  (See attached.)

As we're sure you know, Travelers has used both the TRAVELERS word mark and its umbrella logo – or a substantially identical version (the "Travelers Umbrella") – for many years in connection with insurance and numerous other goods and services.  Travelers owns trademark rights in the Travelers name, the Travelers Umbrella and the composite Travelers word/logo mark (collectively, the "Travelers Marks").  As a result of Travelers' long use and extensive promotion of the Travelers Marks, they are strong and famous marks entitled to a broad scope of protection.

DM has not been and is not authorized to make, sell or offer to sell products bearing any of the Travelers Marks.  DM's unauthorized actions in this regard undoubtedly will confuse consumers into believing Travelers is the source of DM's products, that Travelers endorses, sponsors or approves of these products, or that DM is affiliated or associated with Travelers.  Accordingly, DM's actions constitute willful trademark infringement in violation of the Lanham Act.

In addition, with respect to DM's promotional e-mail, the e-mail misleadingly and falsely suggests DM is an authorized distributor of Travelers-branded products, or that Travelers endorses, sponsors or otherwise approves of DM or its products.  This false message is exacerbated by the inclusion, without permission, of a purported testimonial statement by

Steven Leader
March 28, 2018
Page 2

an alleged Travelers employee. DM's actions violate both the Lanham Act and state unfair competition law.

Accordingly, Travelers demands that DM immediately cease and desist from manufacturing, marketing, selling or offering to sell any products containing any of the Travelers Marks, or from sending any e-mails or other advertising or promotional materials regarding such products. Travelers further demands that DM deliver for destruction, to the address set forth above, any existing inventory of products containing any of the Travelers Marks, and certify in writing that it has done so. Travelers reserves all legal rights with respect to this matter.

Please confirm full compliance with this letter by no later than April 9, 2018. Travelers reserves all legal rights and remedies.

Sincerely,

Michael Bucci

Attachment

**From:** Steven Leader [mailto:steve@stevenleader.com]
**Sent:** Wednesday, March 28, 2018 11:30 AM
**To:** ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
**Subject:** TRAVELERS Corkscrews - Personalized! - Just $6 Each

# 70% OFF
## Travelers
## Corkscrews
### *The Perfect Client Gift!*
## Only $6.00 Each!
## (Regular Price $19.95)



**Thank You to everyone who ordered
the Travelers Executive Pens.
They were a real hit!**

**We just completed inventory
and have a few boxes of these
great Travelers stainless steel**

1

**corkscrews.**

**Each Corkscrew Laser Engraved
With Travelers Logo. Your company
Logo Can Be Engraved instead.**

**Regular price is $19.95.
We are clearing them out for just**

# $6.00 each

## 3 Lines of Laser Engraving Included!

*"Cheers!"* or *"Compliments of"*

**Your Name
Your Phone Number
Travelers Logo or
DBA Name**

**Call now and we will include
Gift Boxes for each corkscrew
1-855-898-5729**

### 100 Per Box
### Minimum Order
### Half Box of 50

## Only 500 Corkscrews in Stock!

***P.S.:*** Corkscrews are solid stainless steel
so they will last a lifetime. A handy knife
folds out to cut the wrapping from the wine
bottle. I also use mine as a letter opener
or to open boxes with! For beer or soda
drinkers, there is a bottle opener as well.
Corkscrews are laser engraved so your
greeting will never rub out. These make
for a great year-round client gift or for the
holidays. You can give them with or without

2

a bottle of wine.  Definitely an item your
clients will have for many years!

## Your Clients Will Love Them!

*"Just had to say thanks.  I was amazed!
By far, the best customer service I have
experienced!  Loving the corkscrews.
I give one with a bottle of wine to each
of my clients"*
— Jessie B., Travelers

# As Always...

You pay nothing now.
You can pay with a regular check when
delivered to your home or office.
Credit cards also accepted.
There is just a small shipping charge
for UPS delivery.

# Call Now to Order
## 1-855-898-5729

## 100 corkscrews per box.
## Minimum order is 50.

Thanks,
Steven Leader
Dynamic Marketing

941 E. Lovejoy St.
Buffalo, NY
14206

## The Perfect Client Gift!

If you do not wish to receive emails from me in the future please respond with "opt out".

3

# EXHIBIT B

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|------|------|------|------|
|  | 1161313<br>07-14-1981<br>12-19-1979 | 1961<br>1961 | Underwriting casualty, fire, marine and inland marine insurance services; fidelity, surety and guaranty bonding services; agency and brokerage services in connection with the preceding named services, and counseling in regard to accident prevention in Class 36 |
|  | 3417048<br>04-29-2008<br>03-15-2007 | 1961<br>1961 | Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; insurance claims services and administration insurance claims processing insurance claims adjusting; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters risk management and risk management consultation in Class 36 |
|  | 3417049<br>04-29-2008<br>03-15-2007 | 1961<br>1961 | Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; * insurance claims services and administration; insurance claims processing; insurance claims adjusting; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters; risk management and risk management |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|------|------|------|------|
| | | | consultation in Class 36 |
|  | 4554401<br>06-24-2014<br>04-15-2013 | 02-21-2010<br>02-21-2010 | Downloadable software in the nature of a mobile application providing users with the ability to collect, view, manage, store, and transmit auto accident information including voice recordings and images, generate and transmit accident reports, obtain auto accident guidance, use mapping features to locate and contact vehicle and travel related services, and providing policyholders with the ability to file automobile insurance claims, find agents, and find automobile repair shops in Class 9. |
|  | 4554402<br>06-24-2014<br>04-15-2013 | 02-21-2010<br>02-21-2010 | Downloadable software in the nature of a mobile application providing users with the ability to collect, view, manage, store, and transmit auto accident information including voice recordings and images, generate and transmit accident reports, obtain auto accident guidance, use mapping features to locate and contact vehicle and travel related services, and providing policyholders with the ability to file automobile insurance claims, find agents, and find automobile repair shops in Class 9. |
|  TRAVELERS⌐ | 3494647<br>09-02-2008<br>04-02-2007 | 02-27-2007<br>02-27-2007 | Promoting the sale of goods and/or services of others through the development and distribution of printed material; direct mail marketing services for others in the field of insurance; business counseling in regard to cost management; employment rehabilitation services, namely, medical cost control management, business consultation in the field of workers' compensation, employee benefits and employment return-to-work placement services in Class 35<br><br>Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|------|------|------|------|
| | | | multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; claims adjustment in the field of insurance;  insurance claims processing and administration; risk control and loss prevention consultation; risk control and loss prevention services, namely, risk management; electronic processing of insurance claims; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters in Class 36<br><br>Educational services, namely, providing training programs in the field of insurance in Class 41<br><br>Providing on-line non-downloadable software in the field of insurance in Class 42 |
| **TRAVELERS** | 3494648<br>09-02-2008<br>04-02-2007 | 02-27-2007<br>02-27-2007 | Promoting the sale of goods and/or services of others through the development and distribution of printed material; direct mail marketing services for others in the field of insurance; business counseling in regard to cost management; employment rehabilitation services, namely, medical cost control management, business consultation in the field of workers' compensation, employee benefits and employment return-to-work placement services in Class 35<br><br>Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|------|-----------|-----------|----------------|
| | | | marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; claims adjustment in the field of insurance, insurance claims processing and administration, risk control and loss prevention consultation; risk control and loss prevention services, namely, risk management; insurance claims and; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters in Class 36<br><br>Educational services, namely, providing training programs in the field of insurance in Class 41<br><br>Providing on-line non-downloadable software in the field of insurance in Class 42 |
| TRAVELERS⌐ | 3991520<br>07-12-2011<br>07-06-2009 | 02-27-2007<br>02-27-2007 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, identity fraud reimbursement, kidnap and ransom, excess and surplus, personal lines, personal auto, homeowners, high valued homeowners, dwelling fire, boat/yacht, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance, providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|---|---|---|---|
| | | | nature of loss prevention and risk control management for others in Class 36 |
| **TRAVELERS** | 3991521<br>07-12-2011<br>07-06-2009 | 02-27-2007<br>02-27-2007 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, identity fraud reimbursement, kidnap and ransom, excess and surplus, personal lines, personal auto, homeowners, high valued homeowners, dwelling fire, boat/yacht, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
| | 4085572<br>01-17-2012<br>07-06-2009 | 12-31-1961<br>12-31-1961 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, personal lines, personal auto, homeowners, boat/yacht, dwelling fire, identity fraud reimbursement, kidnap and ransom, excess and surplus, high valued homeowners, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|------|------|------|------|
| | | | nature of loss prevention and risk control management for others in Class 36 |
|  | 4085573<br>01-17-2012<br>07-06-2009 | 12-31-1961<br>12-31-1961 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, personal lines, personal auto, homeowners, boat/yacht, dwelling fire, identity fraud reimbursement, kidnap and ransom, excess and surplus, high valued homeowners, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
| **TRAVELERS** | 4566720<br>07-15-2014<br>05-15-2013 | 11-13-2012<br>11-13-2012 | Sanitizing preparations, namely, hand sanitizers in Class 5<br><br>Mouse pads; and protective cases and stands for electronic devices, namely, tablets, MP3 players, and cell phones in Class 9<br><br>Flashlights in Class 11<br><br>Lunch bags made of textile; note pads; padfolios; pens; pencils; and notebooks in Class 16<br><br>Picture and photograph frames in Class 20<br><br>Lanyards for holding badges in Class 22<br><br>Textile tablecloths in Class 24 |

| Mark | Reg. No.<br>Reg. Date<br>App. Date | First Use<br>First Use in<br>Commerce | Goods/Services |
|------|-----------------------------------|--------------------------------------|----------------|
| TRAVELERS⌡ | 4649396<br>12-02-2014<br>02-11-2010 | 2007<br>2007 | Financial services, namely, preloaded debit card services for payment of insurance claims in Class 36. |
| TRAVELERS⌡ | 4649397<br>12-02-2014<br>02-11-2010 | 2007<br>2007 | Financial services, namely, preloaded debit card services for payment of insurance claims in Class 36 |

# EXHIBIT B

## Jason Joyal

| | |
|---|---|
| **From:** | Steven Leader <steve@stevenleader.com> |
| **Sent:** | Monday, June 11, 2018 7:16 PM |
| **To:** | Jason Joyal |
| **Cc:** | ballen@domc.net; boballenis@rogers.com; David Kelly; Larry White |
| **Subject:** | RE: Unauthorized Use of Travelers' Trademarks - Dynamic Marketing |

Hi, Jason,

This is to confirm that Dynamic Marketing has stopped using and will not in the future use any of Travelers' trademarks including, but not limited to, selling, offering to sell, promoting, and advertising any products bearing any of Travelers' trademarks to *any* person or business (including, but not limited to, Travelers' employees and Travelers' insurance agents and brokers).

Sincerely,

Steven Leader
Dynamic Marketing
1-855-898-5729

**From:** Jason Joyal <Jason.Joyal@kelly-ip.com>
**Sent:** Monday, June 11, 2018 6:41 PM
**To:** 'steve@stevenleader.com' <steve@stevenleader.com>
**Cc:** 'ballen@domc.net' <ballen@domc.net>; 'boballenis@rogers.com' <boballenis@rogers.com>; David Kelly <David.Kelly@kelly-ip.com>; Larry White <Larry.White@kelly-ip.com>
**Subject:** FW: Unauthorized Use of Travelers' Trademarks - Dynamic Marketing

Mr. Leader,

We are in receipt of your June 7, 2018 email below.

As an initial matter, you note that you spoke directly with Mike Bucci or David Kelly a few weeks ago. But as we stated in our email below, Mr. *Allen* left a voicemail with Mr. Bucci. Neither Mr. Bucci nor Dave Kelly have ever spoken with you directly.

The reason for this email is because of your vague response, in which you say that Dynamic Marketing "would stop sending out emails with the Travelers logo." That response appears to be carefully worded to exclude Dynamic Marketing continuing to offer for sale, selling, advertising, and promoting merchandise bearing Travelers' marks. Travelers' request is much broader than "sending out emails with the Travelers logo." Dynamic Marketing is not authorized by Travelers to use any of Travelers' trademarks in any manner and thus it may not display any of Travelers' trademarks on any products, promotional materials, including emails, or anywhere else, and may not advertise, promote, offer to sell, or sell any products bearing any of Travelers' trademarks.

Accordingly, for Travelers to consider this matter resolved, Travelers requires confirmation that Dynamic Marketing has stopped using and will not in the future use any of Travelers' trademarks including, but not limited to, selling, offering to sell, promoting, and advertising any products bearing any of Travelers' trademarks to *any* person or business (including, but not limited to, Travelers' employees and Travelers' insurance agents and brokers).

We look forward to your prompt confirmation.

1

Regards,
Jason

**Jason M. Joyal** | *Associate*
202-559-1498
jason.joyal@kelly-ip.com
www.kelly-ip.com

 **Kelly**<sup>IP</sup>

**From:** Steven Leader [mailto:steve@stevenleader.com]
**Sent:** Thursday, June 07, 2018 9:51 AM
**To:** Jason Joyal; ballen@domc.net; boballenis@rogers.com
**Cc:** David Kelly; Larry White
**Subject:** RE: Unauthorized Use of Travelers' Trademarks - Dynamic Marketing

Hi, Jason,

I did not leave a voice mail message with Mike Bucci. I spoke directly with Mike Bucci or David Kelly a few weeks ago
and told him we would stop sending out emails with the Travelers logo.
If you have any questions or concerns feel free to call me directly.

Sincerely,

Steven Leader
Dynamic Marketing
1-855-898-5729

**From:** Jason Joyal <Jason.Joyal@kelly-ip.com>
**Sent:** Wednesday, June 6, 2018 5:20 PM
**To:** 'steve@stevenleader.com' <steve@stevenleader.com>; 'ballen@domc.net' <ballen@domc.net>;
'boballenis@rogers.com' <boballenis@rogers.com>
**Cc:** David Kelly <David.Kelly@kelly-ip.com>; Larry White <Larry.White@kelly-ip.com>
**Subject:** RE: Unauthorized Use of Travelers' Trademarks - Dynamic Marketing

Mr. Allen:

As you know, we represent the Travelers Indemnity Company. Though we have not heard from you in response to our
May 2, 2018 letter (which is attached again here), we understand that following our letter you left a voicemail with Mike
Bucci at Travelers in which you stated that Dynamic Marketing does not have any products with the Travelers logo and
that Dynamic Marketing would not be sending any such products to Travelers.

Please confirm by response email that Dynamic Marketing has stopped using and will not in the future use any of
Travelers' trademarks including, but not limited to, selling, offering to sell, promoting, and advertising any products
bearing any of Travelers' trademarks to *any* person or business (including, but not limited to, Travelers' insurance
agents).

We look forward to your prompt reply.

Travelers reserves all rights.

Regards,
Jason

**Jason M. Joyal** | *Associate*
202-559-1498
jason.joyal@kelly-ip.com
www.kelly-ip.com



**From:** Arlene Clemsic
**Sent:** Wednesday, May 02, 2018 4:10 PM
**To:** 'steve@stevenleader.com'; 'ballen@domc.net'; 'boballenis@rogers.com'
**Cc:** David Kelly; Jason Joyal
**Subject:** Unauthorized Use of Travelers' Trademarks

Dear Mr. Leader:

Please see the attached correspondence on behalf of Dvid M. Kelly.

Thank you.

**Arlene J. Clemsic**
*Office Manager &*
*Legal Administrative Assistant*
1919 M Street, NW Suite 610
Washington, DC 20036

202-808-3565 (Direct)
202-354-5232 (Fax)
202-808-3570 (Main)

arlene.clemsic@kelly-ip.com
www.kelly-ip.com

