# Exhibit E

**From:** Steven Leader <steve@domcorp.info>
**Sent:** Wednesday, February 15, 2023 █████████
**To:** ████████████████████████.com>
**Subject:** TRAVELERS Executive Pens - New Year Promotion

## Travelers
## Personalized
## Mont Blanc Style Pens



Thank you to everyone who
received the Travelers corkscrews
from the last promotion


Start the New Year in style
with Travelers personalized

2

Mont Blanc Style Pens

A Travelers Classic
For Over 20 Years

Regular $16.95
Today's promotion is
$6.00 each

100 per box.
Minimum
half box of 50 pens

1500 Pens Available

To Reserve:
1-855-898-5729

Engraving included with your
name and phone number

Have a DBA logo?
We can engrave your company
logo instead of Travelers

Solid brass and richly appointed
in 24K gold plated accents, each
pen reflects your style and class.

These smooth writing pens come
in their own velvet presentation
sleeve, complete with replaceable
metal ink cartridge.

Your Clients Will Love Them

"Best pen I have ever used.
Writes very smooth. I especially
like the weight and feel. My clients
often comment how nice they are."
- Wayne C., Travelers

Thanks,

3

Steven Leader
Dynamic

1-855-898-5729


941 E. Lovejoy St., Buffalo, NY

There is just a small UPS shipping


If you do not wish to receive
promotions you can opt out here

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.