# Exhibit F

**From:** Steven Leader <steve@domcorp.info>
**Sent:** Wednesday, March 8, 2023
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.net>
**Subject:** TRAVELERS Golf Multi Tools - Spring Promotion

TRAVELERS
Golf Divot Repair Tool with
Personalized Magnetic Ball Marker
$6.00 each
(Regular $19.95)

Thank you to everyone who received
the Travelers executive pens

Spring golf season is right
around the corner and we've
got a fantastic promotion on
Travelers Golf Divot Tools
with Magnetic Ball Marker

Imagine the perfect client gift
to get you referrals

Travelers golf multi tools
come complete with a magnetic
ball marker which is engraved with
your name and phone number

Most DBA logos or names can
be engraved instead of Travelers

The switchblade pitchfork springs
out with the press of a button and
folds back into the handle

Built to last with steel and durable
zinc alloy construction

Regular $19.95 each.
Today's Promotion
$6.00 each

100 Per Box.
Minimum Order is a
Half Box of 50

We have 1500 available

To Reserve:
1-855-898-5729

Your Clients Will Love Them

"Gave these out at a charity golf
tournament and they were such
a great hit. You guys made me
look like a superstar. I've received
numerous referrals from them."
– David G., Travelers

Thanks,
Steven Leader
Dynamic

1-855-898-5729

941 E. Lovejoy St., Buffalo, NY

There is just a small UPS shipping.
Promotion includes all engraving

If you do not wish to receive promotions
from me you can opt out here