## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, *Plaintiff,* v. DYNAMIC ONLINE MARKETING CORPORATION, INC., *Defendant.* | Civil Action No. 3:23-CV-00783 (JCH) July 19, 2023 |

## NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, Jason M. Joyal, as attorney for the Plaintiff The Travelers Indemnity Company in the above-captioned action.

Respectfully submitted,

By:   */s/ Jason M. Joyal*
Jason M. Joyal (admitted *pro hac vice*)
KELLY IP, LLP
1300 19th Street NW, Suite 420
Washington, D.C. 20036
Telephone: 202.559.1498
Facsimile: 202.354.5232
E-mail: Jason.Joyal@kelly-ip.com

*Attorney for Plaintiff The Travelers Indemnity Company*

-2-

## CERTIFICATION

     I hereby certify that on July 19, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          */s/ Jason M. Joyal*  
                                                          Jason M. Joyal (admitted *pro hac vice*)