## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

The Travelers Indemnity Company

Plaintiff

Case No.: 3:23-cv-00783-JCH

vs.

Dynamic Online Marketing Corporation, Inc.

Defendant

## AFFIDAVIT OF SERVICE

I, Karen Sorrenti, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Electronic Filing Pursuant to Federal Rule of Civil Procedure 7.1; Notice to Counsel and Self-Represented Parties; Order Re: Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Standing Order Relating to Discovery; Standing Protective Order; Electronic Filing Order in Civil Cases; Order on Pretrial Deadlines; Notice of Appearance of Caitlin M. Barrett; Corporate Disclosure Statement; Notice of Appearance of Elizabeth A. Alquist; Civil Cover Sheet with Attachment; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/11/2023 at 1:05 PM, I served Dynamic Online Marketing Corporation, Inc. at 241 Applewood Crescent, Unit 4, Concord, Ontario, Canada L4K 4E6 with the Summons; Notice of Electronic Filing Pursuant to Federal Rule of Civil Procedure 7.1; Notice to Counsel and Self-Represented Parties; Order Re: Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Standing Order Relating to Discovery; Standing Protective Order; Electronic Filing Order in Civil Cases; Order on Pretrial Deadlines; Notice of Appearance of Caitlin M. Barrett; Corporate Disclosure Statement; Notice of Appearance of Elizabeth A. Alquist; Civil Cover Sheet with Attachment; and Complaint with Exhibits by serving Stephen Brenkel, Controller, authorized to accept service.

Stephen Brenkel is described herein as:

Gender: Male   Race/Skin: White   Age: 63   Weight: 180   Height: 5'8"   Hair: Gray   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

July 14, 2023
Executed On

Karen Sorrenti

Client Ref Number: N/A
Job #: 1620720

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**THE TRAVELERS INDEMNITY COMPANY,**

V.

**DYNAMIC ONLINE MARKETING
CORPORATION, INC.,**

### SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:23−CV−00783−JCH**

TO: **Dynamic Online Marketing Corporation,
Inc.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Elizabeth Ann Alquist
Day Pitney LLP
242 Trumbull St.
Hartford, CT 0610**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − B E Freberg
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2023−06−23 11:01:38, Clerk USDC
CTD