# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>DYNAMIC ONLINE MARKETING CORPORATION, INC.,<br><br>*Defendant.* | Civil Action No. 3:23-CV-00783 (JCH)<br><br><br><br>September 20, 2023 |

## JOINT NOTICE OF RESOLUTION IN PRINCIPLE

Plaintiff The Travelers Indemnity Company and Defendant Dynamic Online Marketing Corporation, Inc. hereby jointly notify the Court that the parties have reached a resolution in principle, which will resolve all claims asserted in this action. The parties are preparing consent judgment papers to be filed with the Court, and therefore respectfully request that the Court stay this case for twenty-one (21) days from this date, in order to permit sufficient time for the parties to finalize the consent judgment papers and file it with the Court.

| PLAINTIFF THE TRAVELERS INDEMNITY COMPANY | DEFENDANT DYNAMIC ONLINE MARKETING CORPORATION, INC. |
|---|---|
| */s/ Caitlin M. Barrett*<br>Elizabeth A. Alquist (ct15643)<br>Caitlin M. Barrett (ct31379)<br>DAY PITNEY, LLP<br>242 Trumbull Street<br>Hartford, CT 06103-1212<br>Telephone:   860.275-0100<br>Facsimile:    860.275.0343<br>Email:   eaalquist@daypitney.com<br>             cbarrett@daypitney.com<br><br>David M. Kelly (admitted *pro hac vice*)<br>Jason M. Joyal (admitted *pro hac vice*)<br>KELLY IP, LLP<br>1300 19th Street NW, Suite 420<br>Washington, D.C. 20036<br>Telephone:   202.808-3570<br>Facsimile:    202.408.4400<br>Email:   david.kelly@kelly-ip.com<br>             jason.joyal@kelly-ip.com | */s/ Eric Menhart*<br>Eric Menhart<br>Lexero Law<br>512 C St NE<br>Washington, DC 20002<br>Telephone:   855-453-9376, ext. 101<br>Facsimile:    855-453-9376<br>Email:  eric.menhart@lexero.com |

## **CERTIFICATION**

  I hereby certify that on September 20, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  */s/ Caitlin M. Barrett*
                   Caitlin M. Barrett (ct31379)