# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>DYNAMIC ONLINE MARKETING CORPORATION, INC.,<br><br>*Defendant.* | Civil Action No. 3:23-CV-00783 (JCH)<br><br><br><br>October 11, 2023 |

## STATUS REPORT REGARDING RESOLUTION IN PRINCIPLE

Pursuant to the Court's September 26, 2023 order staying the above-referenced case (ECF 22), Plaintiff The Travelers Indemnity Company notifies the Court that despite the parties' resolution in principle, the parties have been unable to execute consent judgment papers to be filed in this matter. Accordingly, Plaintiff requests that the Court's September 26, 2023 stay be lifted and that Plaintiff be given until October 20, 2023 to file a motion to enforce the parties' resolution in principle or, in the alternative and pursuant to Fed. R. Civ. P. 55(a), a request for the clerk to enter default against Defendant Dynamic Online Marketing Corporation.

-2-

PLAINTIFF THE TRAVELERS
INDEMNITY COMPANY


*s/ Caitlin M. Barrett*
Elizabeth A. Alquist (ct15643)
Caitlin M. Barrett (ct31379)
DAY PITNEY, LLP
242 Trumbull Street
Hartford, CT 06103-1212
Telephone:    860.275-0100
Facsimile:     860.275.0343
Email:   eaalquist@daypitney.com
          cbarrett@daypitney.com


David M. Kelly (admitted *pro hac vice*)
Jason M. Joyal (admitted *pro hac vice*)
KELLY IP, LLP
1300 19th Street NW, Suite 420
Washington, D.C. 20036
Telephone:    202.808-3570
Facsimile:     202.408.4400
Email:   david.kelly@kelly-ip.com
          jason.joyal@kelly-ip.com

## **CERTIFICATION**

I hereby certify that on October 11, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                */s/ Caitlin M. Barrett*
                                                                Caitlin M. Barrett (ct31379)